377 A.2d 996

Geiser, Appellant, v. Albert M. Greenfield & Co., Inc.

Argued June 13, 1977.   Frank Weitzman, for appellant;   Alan B. Rubenstein, with him Wolf, Block, Schorr & Solis-Cohen, for appellee.

Judgment affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

377 A.2d 996

Grabill et ux. v. DePaul et al., Appellants.

Argued June 21, 1977.   William A. Slotter, with him Jaczum & Grabowski, for appellants;   Samuel A. Litzenberger, for appellees.

Order affirmed.